# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SPIN MASTER LTD.,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **THE ENTERTAINMENT BUSINESS, LLC,** | : | |
| *Defendant.* | : | **NO. 23-cv-04074** |

## ORDER

**AND NOW**, this **15th** day of **August 2024**, upon consideration of Defendant's Motion for Judgment on the Pleadings (ECF No. 47) and Plaintiff's Response (ECF No. 52), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Motion (ECF No. 47) is **GRANTED** and the case is **DISMISSED**.

It is further **ORDERED** that Plaintiff's Second Motion for Extension of Time to Complete Discovery (ECF No. 49) and Plaintiff's Second Motion to Compel (ECF No. 50) are **DENIED** as moot.

The Clerk of Court is **DIRECTED** to close the case.

**BY THE COURT:**

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**